# UNITED STATES DISTRICT COURT
for the
<_____> DISTRICT OF MASSACHUSETTS_____>

| | | |
|---|---|---|
| GEORGE E. KERSEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | Jury Demand |
| AVERY DENNISON CORPORATION | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

FILED
IN CLERKS OFFICE
2020 JUL 27  PM 2: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

**COMPLAINT TO OBTAIN PENSION;**
**AND JURY DEMAND**

1.    **<Statement of Jurisdiction.**

*a. For federal-question jurisdiction.>*

The defendant AVERY DENNISON CORPORATION is a: Foreign Corporation

Identification Number: 951492269  Registered in Massachusetts:03-30-1977 Organized under

the laws of: State: DE Country: USA on: 02-23-1977 The location of the Principal Office has

the Address: 207 GOODE AVENUE 5TH FLOOR, GLENDALE, CA 91203 USA with no

Massachusetts office,

**The name and address of the Registered Agent:**

C T CORPORATION SYSTEM, 155 FEDERAL STREET STE 700, BOSTON, MA 02110

This action also arises under the United States Constitution;  Amendment  5 which

requires that no one be deprived of life, liberty or property without due process, and claims a

jury   trial   under   the   Seventh   Amendment   to   the   United   States   Constitution.

1

*a. For diversity jurisdiction.>*

The defendant AVERY DENNISON CORPORATION is a citizen of California; the

Plaintiff is a current citizen of Rhode Islands and receives mail at P.O. Box 1073 Framingham,

Massachusetts 01701

### Statement of complaint

### <(a)  On Contract, Implied Contract  and Tort

2.      Beginning in 1966 Plaintiff was employed by DENNISON MANUFACTURING COMPANY

("Dennison") in Framingham, Massachusetts as Head of the Dennison Patent Department. His employment

continued until 1989.. In the meantime Avery acquired sufficient Dennison shares that is assumed control of

Dennison, and subsequently merged with Dennison. The company then became known as Defendant Avery

Dennison Corporation in 1991

3.      Kersey's employment terminated in 1989

4,      When Kersey wanted to receive his pension he called the Avery Dennison Pension Organization and
was told that his request for pension would be investigated  and referred to corporate, and he would be
contacted with the result. There has bee no contact to date so Kersey called corporate and was told that there is
no record that Kersey ever worked for Dennison. This is despite the fact that Dennison issued a Job Pass to

Kersey, copy attached as Exhibit 1 which shows Kersey;s picture with the legend: **Dennison
KERSEY GEORGE E. Employee Number  942 Division  PATENT**

5.      Dennison apparently failed, improperly, to include Kersey on its pension list.

6.      Dennison improperly fired Kersey when he reached age 62, and in the resulting
litigation Dennison improperly contended that Kersey had not been employee despite having
been in charge of the Dennison Patent Department for twenty years.

7.      Kersey understands that Avery grants pensions to consultant so that Kersey is eligible
for pension under the Avery rules as well.

## Demand for Judgment

Therefore, the plaintiff demands judgment against the Defendant granting Kersey his pension rights and further damages in the amounts owed to be determined by a jury, plus interest and costs for the following offenses:

a.. Failing to respond to Kersey's request for Pension Rights

b. Apparently falsely advising Kersey that the matter had been sent to corporate and that Kersey would be advised by corporate.

c. Being advised by corporate that it had no record of Kersey ever being associated with Dennison..

d. Ignoring the fact that Kersey has a job pass (copy attached to original Complaint as Exhibit 1) showing that that Kersey was Employee 942 of the Dennison PATENT Department.

e. Failing to advise Kersey of the corporate decision on his pension request.

Kersey demands monetary damages and punitive damages.

## Jury Demand

### Plaintiff Kersey demands a trial by jury on all issues so triable

Date: July 24, 2020

Signature of Plaintiff

*/s/ George E. Kersey*
<Printed name> George E. Kersey
<Address> P.O. Box 1073,
Framingham, MA 01701
<Telephone number>518-966-9690

### CERTIFICATE OF SERVICE

I hereby certify that this document filed with the Court will be sent via U.S. first class mail to Opposing Counsel
*/s/ George Kersey*

George Kersey
P.O. Box 1073
Framingham, MA 01701
(518) 966-9690